IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01692-REB-MJW

MICHAEL DILLAN,

Plaintiff,

v.

VERNAL LEMON, and
MELTON TRUCK LINES, INC.,

Defendants.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant Melton Truck Lines, Inc.'s Motion for Leave to File Designation of Non-Party (docket no. 16) is GRANTED finding good cause shown.  Defendant Melton Truck Lines, Inc. shall have up to and including February 28, 2007, to designate any non-parties consistent with § 13-12-111.5(3)(b).

     It is FURTHER ORDERED that Defendant Melton Truck Lines, Inc.'s Motion for Joinder of Parties (docket no. 17) is GRANTED finding good cause shown. Progressive Insurance Company is joined as a Plaintiff-Subrogee in this lawsuit pursuant to
Fed. R. Civ. P. 19(a) and diversity of citizenship pursuant to 28 U.S.C. § 1332, will not be disturbed by this court adding Progressive Insurance Company as a Plaintiff-Subrogee.

Date: December 26, 2006