**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.** 06-cv-01692-REB-MJW   FTR

**Date:** December 21, 2006   Shelley Moore, Deputy Clerk

MICHAEL DILLAN,   David E. Bath (via telephone)

               Plaintiff(s),

v.

VERNAL LEMON and   Lance G. Eberhart
MELTON TRUCK LINES, INC.,

               Defendant(s).

**COURTROOM MINUTES / MINUTE ORDER**

**SHOW CAUSE HEARING**

**Court in Session 9:27 a.m.**

Court calls case. Appearances of counsel.

Mr. Eberhart states that he will be filing an entry of appearance on behalf of Defendant Melton Truck Lines, Inc..

**ORDERED:**   Mr. Eberhart shall file his notice of entry of appearance on behalf of Defendant Melton Truck Lines, Inc., by January 5, 2007.

**ORDERED:**   Plaintiff's Unopposed Motion to Vacate Hearing of January 3, 2007 (document 22) is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to the request to allow Plaintiff to participate by telephone. The motion is DENIED as to the request to vacate the hearing.

**Court in recess 9:31 a.m.**
Total In-Court Time 0:04, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.