IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06CV1692-REB-MJW

MICHAEL DILLAN

    Plaintiff,

v.

VERNAL LEMON and
MELTON TRUCK LINES, INC.

    Defendant.

---

**ORDER RE: DEFENDANTS MOTION FOR LEAVE TO FILE AMENDED ANSWER AND JURY DEMAND**
(Docket No. 31)

---

THIS MATTER comes before the Court on Defendants Motion for Leave to File Amended Answer and Jury Demand, and the Court having reviewed the same and Plaintiff's response, if any, and being otherwise fully advised in the premises.

ORDERS that Defendants Motion is granted. Defendants shall File Their Amended Answer with The Court by March 30, 2007.

DATED this 23rd day of March 2007.

*[signature]*

~~Robert E. Blackburn~~
~~United States District Ju~~dge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO