### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-01692-REB-MJW

MICHAEL DILLAN,

    Plaintiff,

PROGRESSIVE INSURANCE COMPANY,
    Plaintiff, *Subrogee*

v.

VERNAL LEMON, and
MELTON TRUCK LINES, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion To Dismiss With Prejudice** [#47], filed August 20, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#47], filed August 20, 2007, is **GRANTED**;

2. That the Trial Preparation Conference set for February 22, 2008, is **VACATED**;

3. That the jury trial set to commence March 10, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

2

Dated August 21, 2007, at Denver, Colorado.

**BY THE COURT:**

<u>**s/ Robert E. Blackburn**</u>
**Robert E. Blackburn**
**United States District Judge**

2